1  Leon E. Jew, Esq. (Cal. Bar. No. 219298)
   Dahyee Law Group, P.C.
2  24301 Southland Dr., Suite 405
   Hayward, CA 94545
3  Tel: (510) 785-9588
   Fax: (510) 785-8698
4  Email: ljewpt@yahoo.com

5

6  Attorneys for Defendants,
   Beijing Kaidi Education & Technology Development Co., Ltd.,
7  dba, Kaidisoft, a Chinese corporation and Yalin Lin

8
   **IN THE UNITED STATES DISTRICT COURT FOR THE**
9
   **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | MINTEL LEARNING TECHNOLOGY, INC., | **Case No. C-06-07541-PJH** |
12 | a California corporation, | |
   | | **STIPULATION AND [PROPOSED]** |
13 | Plaintiff, | **ORDER FOR SUBSTITUTION OF** |
   | | **LEGAL COUNSEL FOR KAIDISOFT** |
14 | vs. | **AND YALIN LIN** |
15 | BEIJING KAIDI EDUCATION & | |
   | TECHNOLOGY DEVELOPMENT CO., | |
16 | LTD., dba, KAIDISOFT, a Chinese | |
   | corporation, YALIN LIN, an individual, and | |
17 | DOES 1-10, inclusive, | |
18 | Defendants. | |

The current counsel of record on behalf of specially appearing Defendants Beijing Kaidi Education & Technology Development Co., Ltd, dba Kaidisoft ("Kaidisoft") and Ms. Yalin Lin (collectively, the "Kaidisoft Defendants"), is Beck, Ross, Bismonte & Finley, LLP.  The Kaidisoft Defendants and Beck, Ross, Bismonte & Finley, LLP have reached an agreement wherein Beck Ross will substitute out as counsel of record to be replaced by the Dahyee Law Group P.C.

The Dahyee Law Group, P.C.'s contact information is as follows:

>Leon E. Jew, Attorney at Law
>Dahyee Law Group, P.C.
>24301 Southland Dr., Suite 405
>Hayward, CA 94545
>Tel: (510) 785-9588
>Fax: (510) 785-8698
>Email:  ljewpt@yahoo.com

Accordingly, the Kaidisoft Defendants, Beck, Ross, Bismonte & Finley, LLP and the Dahyee Law Group P.C. stipulate that Beck, Ross, Bismonte & Finley, LLP is substituted out as counsel of record to be replaced by  the Dahyee Law Group P.C. who represents the Kaidisoft Defendants as their new counsel of record.

Beijing Kaidi Education & Technology D
Development Co., Ltd, dba Kaidisoft

Dated: March 13, 2007                By: _/s/_____
                                         Yalin Lin
                                         Its: President


Dated: March 13, 2007                By: __/s/_____
                                         Yalin Lin
                                         Individually

Beck, Ross, Bismonte & Finley, LLP

Dated: March 12, 2007                By: ___/s/_____
                                         Alfredo A. Bismonte, Esq.

|   |   |
|---|---|
|   | Dahyee Law Group, P.C. |
| Dated: March 13, 2007 | By: ___/s/_____ <br> Leon E. Jew, Esq. |

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: March 13, 2007          ___/s/_____
                                Leon E. Jew

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __March 13__, 2007          _____
                                    The Honorable _____
                                    United _____

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Phyllis J. Hamilton]*

ORDER FOR SUBSTITUTION OF COUNSEL              3
Case No. C-06-07541-PJH