UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MINTEL LEARNING TECHNOLOGY, INC.

    Plaintiff,

    v.

BEIJING KAIDI EDUCATION & TECHNOLOGY DEVELOPMENT CO., LTD, et al.,

    Defendants.
_____/

No. C 06-7541 PJH

**ORDER**

Defendant Yalin Lin seeks an order dismissing the above-entitled action against her or quashing for insufficient service of process. The court declines to consider the motion, because it was not filed in accordance with Civil Local Rules 7-2 and 7-4.

**IT IS SO ORDERED.**

Dated: April 12, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge