United States District Court
For the Northern District of California

1

2

3

4                           UNITED STATES DISTRICT COURT

5                           NORTHERN DISTRICT OF CALIFORNIA

6

7

8   MINTEL LEARNING TECHNOLOGY,
    INC.,
9
              Plaintiff,                        No. C 06-07541 PJH
10
11            v.                                **ORDER VACATING HEARING DATE**

12  BEIJING KAIDI EDUCATION &
    TECHNOLOGY DEVELOPMENT CO.,
    LTD, et al.,
13
              Defendants.
14  _____/

15          The court is in receipt of the parties' request for a continuance of the date for the

16  hearing on defendants' motions to quash/dismiss and the case management conference,

17  previously set for Wednesday, May 30, 2007.

18          The court has reviewed the parties' papers, and finds the motions to be appropriate

19  for decision without oral argument.  Accordingly, the court will decide the motions on the

20  papers.  There will be no hearing.  The parties shall complete the briefing on defendant

21  Yalin Lin's motion to dismiss as agreed in their stipulation filed on May 17, 2007.

22          The court will advise the parties of the new case management conference date in

23  the written order.  Because the court is unavailable from June 4, 2007, through June 22,

24  2007, the order will be issued in early July 2007.

25

26  **IT IS SO ORDERED.**

27  Dated: May 18, 2007

28                                              _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge