UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MINTEL LEARNING TECHNOLOGY, INC.,

    Plaintiff,

    v.

BEIJING KAIDI EDUCATION & TECHNOLOGY DEVELOPMENT CO., LTD, et al.,

    Defendants.

No. C 06-7541 PJH

**ORDER VACATING HEARING DATE**

The court has reviewed the papers filed in support of and in opposition to defendants' motions to dismiss for insufficient service, for lack of personal jurisdiction, and for forum non conveniens, and finds the motions to be appropriate for decision without oral argument. See Civil L.R. 7-1(b); see also Partridge v. Reich, 141 F.3d 920, 926 (9th Cir.1998); Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp., 933 F.2d 724, 729 (9th Cir. 1991).

Accordingly, the date for the hearing on the motions, previously set for Wednesday, August 15, 2007, is VACATED. The court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: August 13, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge