**1**  J. James Li (202855; lij@gtlaw.com)
GREENBERG TRAURIG, LLP
**2**  1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
**3**  Telephone: (650) 328-8500
Facsimile: (650) 328-8508
**4**

Attorneys for Plaintiff and Counterdefendant
**5**  Mintel Learning Technology, Inc.

**6**

**7**  UNITED STATES DISTRICT COURT

**8**  NORTHERN DISTRICT OF CALIFORNIA

**9**

| | |
|---|---|
| **10** MINTEL LEARNING TECHNOLOGY, INC., a California corporation | Case No. C-06-07541-PJH |
| **11** Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** AND ORDER |
| **12** vs. | Judge: Hon. Phyllis J. Hamilton |
| **13** BEIJING KAIDI EDUCATION & TECHNOLOGY DEVELOPMENT CO., LTD., dba, KAIDISOFT, a Chinese corporation, YALIN LIN, an individual, YAN LIU, an individual, JUN ZHANG, an individual, and Does 1-10, | |
| **17** Defendants. | |
| **18** AND RELATED COUNTER-ACTIONS. | |

TO THIS COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Counterdefendant Mintel Learning Technology, Inc. ("Mintel") hereby substitutes Greenberg Traurig LLP as its counsel of Record in the above-entitled action in the place of Howrey LLP. All communications to Mintel regarding this action should be directed to the following address:

>J. James Li (lij@gtlaw.com)
>1900 University Avenue, 5th Floor
>East Palo Alto, CA 94303
>Tel. 650-328-8500
>Fax 650-328-8508

Date: January 15, 2008   GREENBERG TRAURIG, LLP

/s/ J. James Li
By: J James Li, Esq.

Date: January 15, 2008   MINTEL LEARNING TECHNOLOGY, INC.

/s/ Yu Qi
By: Yu Qi, President and CEO

Date: January 15, 2008   HOWREY LLP

/s/ James Valentine
By: James Valentine, Esq.

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | I, J. James Li, hereby certify that concurrence in the filing of this Notice of Substitution
2 | of Counsel has been obtained from each of the above signatories, including Yu Qi, and James
3 | Valentine.

          /s/ J. James Li
          By: J. James Li