J. James Li (SBN 202855, lij@gtlaw.com)
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: (650) 328-8508
Facsimile: (650) 289-7983

Attorneys for Plaintiff and Counter-Defendant Mintel Learning Technology, Inc.

Leon E. Jew (SBN 219298, ljewpt@yahoo.com)
Dahyee Law Group
24301 Southland Drive
Suite No. 405
Hayward, CA 94545
Telephone: (510) 785-9588
Facsimile: (510) 785-8698

Attorneys for Defendant and Counterclaimants Beijing Kaidi Education & Technology Development Co., Ltd., Yalin Lin, Yan Liu, and Jun Zhang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINTEL LEARNING TECHNOLOGY, INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>BEIJING KAIDI EDUCATION & TECHNOLOGY DEVELOPMENT CO., LTD., dba, Kaidisoft, a Chinese corporation, YALIN LIN, an individual, YAN LIU, an individual, JUN ZHANG, an individual, and DOES 1-10,<br><br>    Defendants. | CASE NO. C-06-07541-PJH<br><br>**STIPULATED DISMISSAL PURSUANT TO SETTLEMENT AGREEMENT**<br>  AND ORDER |

   Whereas, Plaintiff and Counter-Defendants Mintel Learning Technology, Inc. ("Plaintiff") has entered into a confidential settlement agreement (the "Agreement") with Defendants and Counterclaimants Beijing Kaidi Education & Technology Development Co., Ltd., Yalin Lin, Yan Liu, and Jun Zhang ("Defendants");

   Whereas, under the Agreement, Plaintiff and Defendants have amicably settled all of their disputes under the above-entitled action (the "Action");

1  Wherefore, Plaintiff hereby voluntarily dismisses all of its claims against Defendants with
2 prejudice; and Defendants voluntarily dismiss all of their counterclaims against Plaintiff with
3 prejudice.

4
5 Date: _____June 2_____, 2008

Greenberg Traurig LLP

/s/ J. James Li

6
7 J. James Li
Counsel for Plaintiff Mintel Learning
Technology, Inc.

8
9
10 Date: _____June 2_____, 2008

Dahyee Law Group

/s/ Leon E. Jew

11
12 Leon E. Jew
Counsel for Defendants Beijing Kaidi
Education & Technology Development Co.,
Ltd., Yalin Lin, Yan Liu, and Jun Zhang

13  (I hereby verify that I have the authorization from Mr. Leon E. Jew to affix his signature to this
dismissal.   /s/ J. James Li.   )
14
15
16  Upon reviewing the stipulated dismissal, GOOD CAUSE SHOWING, the Action is
17 DISMISSED in its entirety with prejudice.
18  IT IS SO ORDERED
19
20
21 Date: _June 2_____, 2008
22 _____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Stipulated Dismissal

--

Case No. C-06-07541-PJH